# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE BOILERMAKERS LOCAL 363 SUPPLEMENTAL TRAINING AND EDUCATION TRUST FUND; TRUSTEES OF THE BOILERMAKER VACATION TRUST; and BOILERMAKERS UNION LOCAL 363, INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, AFL-CIO, | No. 11-cv-308-JPG-DGW |
| Plaintiffs, | |
| v. | |
| MUNICIPAL & INDUSTRIAL STORAGE, INC., | |
| Defendant. | |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of in favor of plaintiffs Local 363 Trustees of the Boilermakers Supplemental Training and Education Trust Fund, Trustees of the Boilermaker Vacation Trust, and Boilermakers Union Local 363, International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO, and against defendant Municipal & Industrial Storage, Inc. in the amount of $2,841.55 in unpaid contributions, $370.38 in interest; $568.31 in liquidated damages; $2,340.10 in union dues; $3,388.50 in attorney's fees and $446.76 in costs for a total judgment of $9,955.60.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**S/Deborah Agans, Deputy Clerk**

**Date: July 26, 2011**

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**